6

FILED USDC - DT
2018 MAR 7 PM 12:15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

D-2  Deaunta Belcher,
      a.k.a. "Byrd,"

D-3  Andre Watson,
      a.k.a. "Lil Stunna,"

        Defendants.
_____/

Case No. 16-20143
Honorable Avern Cohn

Violations:
    18 U.S.C. § 1958
    21 U.S.C. § 846
    18 U.S.C. § 924(j)
    18 U.S.C. § 1512

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. § 1958 – Use of Interstate Commerce
Facilities in the Commission of Murder-for-Hire)

D-2 Deaunta Belcher
D-3 Andre Watson

On or about September 11, 2015, in the Eastern District of Michigan, Southern Division, the defendants, DEAUNTA BELCHER and ANDRE WATSON, used and caused another to use a facility of

1

interstate or foreign commerce, to wit: a telephone, with intent that the murder of Devin Wallace be committed in violation of the laws of the State of Michigan or the United States, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: United States currency, in violation of Title 18, United States Code, Sections 1958 and 2.

## COUNT TWO
(21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute)

D-2 Deaunta Belcher
D-3 Andre Watson

From in or about August 2015 to September 2015, the exact dates being unknown to the Grand Jury, in the Eastern District of Michigan, the defendants, DEAUNTA BELCHER and ANDRE WATSON, knowingly and intentionally combined, conspired, confederated and agreed with other persons, known and unknown to the Grand Jury, to distribute controlled substances, to wit: a mixture and substance containing cocaine, a schedule II controlled substance, and oxycodone, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## **COUNT THREE**
(18 U.S.C. §§ 924(c), (j)– Use of a Firearm During
and in Relation to a Drug Trafficking Crime Causing Death)

D-2 Deaunta Belcher
D-3 Andre Watson

On or about September 11, 2015, in the Eastern District of Michigan, the defendants, DEAUNTA BELCHER and ANDRE WATSON, did knowingly carry, use, brandish, and discharge a firearm and caused the death of a person, to wit: Devin Wallace, during and in relation to a drug trafficking crime, as alleged in Count Two of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(j).

## **COUNT FOUR**
(18 U.S.C. § 1512(b) – Misleading
Communication to Hinder Investigation of a Federal Offense)

D-2   Deaunta Belcher

On or about September 24, 2015, in the Eastern District of Michigan, Southern Division, the defendant, DEAUNTA BELCHER, did knowingly engage in misleading conduct toward another person, Detroit Police Detectives Kelly Lucy and John Mitchell, by claiming that (1) he did not know "Steph," or Stephen Brown, personally; (2) he did not have Steph's phone number; and (3) Steph was still in jail to his knowledge when, in fact, he knew that Stephen Brown was not in jail and had called Brown six times within a half hour of the murder of Devin Wallace on September 11, 2015, with the intent to hinder, delay, or prevent the communication to a law enforcement officer of the United States of information relating to the commission or possible commission of a federal offense, to wit: use of interstate commerce facilities in the commission of murder-for-hire, in violation of 18 U.S.C. § 1958, all in violation of 18 U.S.C. § 1512(b)(3).

## **FORFEITURE ALLEGATIONS**

Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set forth in this Indictment.

                              THIS IS A TRUE BILL.

Dated: March 7, 2018

                              s/ Grand Jury Foreperson
                              Grand Jury Foreperson

MATTHEW SCHNEIDER
United States Attorney


s/ Christopher Graveline
Christopher Graveline
Chief, Violent and Organized Crimes Unit


s/ Terrence Haugabook                     s/ Shane Cralle
Terrence Haugabook                          Shane Cralle
Assistant U.S. Attorney                    Assistant U.S. Attorney

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>16-20143 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Stephen Brown, et. al.

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

FILED USDC - DT
2018 MAR 7 PM 12:13

___ Indictment/___ Information --- **no** prior complaint.
___ Indictment/___ Information --- based upon prior complaint [Case number:                    ]
✓ Indictment/___ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 16-20143          **Judge:** Avern Cohn

FILED USDC - DT
2018 MAR 7 PM 12:13

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  | 21 U.S.C. § 846<br>18 U.S.C. § 924(j)<br>18 U.S.C. § 1512 |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 7, 2018
_____
Date

SHANE CRALLE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9551
Fax:    313-226-5464
E-Mail address: shane.cralle@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.