# Verdict

## COUNT ONE
(18 U.S.C. § 1958 –
Use of Interstate Commerce
Facilities in the Commission of Murder-for-Hire)

**Defendant Deaunta Belcher**

We, the jury, unanimously find the defendant, Deaunta Belcher, on the charge of use of interstate commerce facilities in the commission of murder-for-hire resulting in death:

    Not Guilty  _____

    Guilty  \_\_\_\_✓\_\_\_\_\_

**Defendant Andre Watson**

We, the jury, unanimously find the defendant, Andre Watson, on the charge of use of interstate commerce facilities in the commission of murder-for-hire resulting in death:

    Not Guilty  _____

    Guilty  \_\_\_\_✓\_\_\_\_\_

1

## COUNT TWO
### (21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances)

**Defendant Deaunta Belcher**

We, the jury, unanimously find the defendant, Deaunta Belcher, on the charge of conspiracy to distribute controlled substances:

Not Guilty  _____

Guilty  \_\_\_\_✓\_\_\_\_\_

**Defendant Andre Watson**

We, the jury, unanimously find the defendant, Andre Watson, on the charge of conspiracy to distribute controlled substances:

Not Guilty  _____

Guilty  \_\_\_\_✓\_\_\_\_\_

# COUNT THREE
## (18 U.S.C. § 924(c), (j) – Use and Carry of a Firearm During and in Relation to a Drug Trafficking Crime)

**Defendant Deaunta Belcher**

*Question 1.*

We, the jury, unanimously find the defendant, Deaunta Belcher, on the charge of using and carrying a firearm during and in relation to a drug trafficking crime on September 11, 2015:

Not Guilty  _____

Guilty  \_\_\_✓\_\_\_\_\_

If you answered "Guilty" in response to Question 1, please also answer Questions 2 and 3 for defendant Deaunta Belcher. If you answered "Not Guilty," please skip Questions 2 and 3 for defendant Deaunta Belcher.

*Question 2.*

Do you unanimously find that the use of a firearm in connection with the commission of this offense caused the death of Devin Wallace?

(Please answer either "Yes" or "No")

Yes ___✓___   No _____

*Question 3.*

Do you unanimously find that the killing of Devin Wallace with a firearm in connection with the commission of this offense constituted first-degree murder?

(Please answer either "Yes" or "No")

Yes ___✓___   No _____

**Defendant Andre Watson**

*Question 1.*

We, the jury, unanimously find the defendant, Andre Watson, on the charge of using and carrying a firearm during and in relation to a drug trafficking crime on September 11, 2015:



Not Guilty  _____

Guilty  ___✓___

4

If you answered "Guilty" in response to Question 1, please also answer Questions 2 and 3 for defendant Andre Watson. If you answered "Not Guilty," please skip Questions 2 and 3 for defendant Andre Watson.

*Question 2.*

Do you unanimously find that the use of a firearm in connection with the commission of this offense caused the death of Devin Wallace? (Please answer either "Yes" or "No")

Yes ___✓___   No _____

*Question 3.*

Do you unanimously find that the killing of Devin Wallace with a firearm in connection with the commission of this offense constituted first-degree murder?

(Please answer either "Yes" or "No")

Yes ___✓___   No _____

5

# COUNT FOUR
### (18 U.S.C. § 1512(b)(3) – Misleading Communication to Hinder Investigation of a Federal Offense)

We, the jury, unanimously find the defendant, Deaunta Belcher, on the charge of engaging in misleading conduct toward another person on September 24, 2015, with the intent to hinder investigation of a federal offense:

Not Guilty _____

Guilty \_\_\_✓_____

**s/Jury Foreperson**

**In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**

Jury Foreperson

Date: 10.24.18

6